AO 238
(REV. 8/93)

# United States District Court

FOR THE

213        09 HAWAII

| | CR 03-00321 |
|---|---|
| **UNITED STATES OF AMERICA** | Violation Notice Number(s) / Violation Date(s) |
| VS. | A1082305 H12     04/04/03 |
| SCHULER, SHERI A | |
| 1629 E FUNSTON LP | **ANSWER TO AN INFORMATION** |
| HONOLULU    HI  96819 | |
| *Defendant.* | |

**MANDATORY COURT APPEARANCE IS REQUIRED.**

OFFENSE: DUI

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 02 2008

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

Bail set at $100.00 UNSECURED BOND

WALTER A.Y.H. CHINN, CLERK

by _____
Deputy Clerk

Date June 24, 2003

U.S. Magistrate Judge Barry M. Kurren
*United States Magistrate Judge*

---

**RETURN**

| RECEIVED | Date | Location |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | Date | Location |
|---|---|---|
| | | |

**DISMISSED**
Date: APR 3 0 2008

Name _____ Title _____ District _____
Date _____ Signature _____